UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:17–cv–07484–PSG–JPR            Date   1/5/2018

Title    ALFRED BERNARD V. ELENA FLORES ET AL

Present:    The Honorable    Philip S. Gutierrez , U. S. District Judge

  Wendy Hernandez                        Not Reported
      Deputy Clerk                    Court Reporter/Recorder

    Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
         Not Present                          Not Present

**Proceedings (In Chambers):**    ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

   IT IS HEREBY ORDERED that Plaintiff show cause in writing on or before January 19, 2018 why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following as an appropriate response to this Order to Show Cause.

   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.


___  Proof of Service of Summons and Complaint by Plaintiff.

 X   Response to Complaint by Defendant(s) *OR* Request for Entry of Default by Plaintiff.

___  Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff.


   Failure to respond in writing, may result in the dismissal of the entire action.

   Pursuant to Local Rule 5-4.5, one mandatory chambers copy of every electronically filed document must be delivered no later than 12:00 p.m. on the following business day. Further, the mandatory chambers copy shall comply with Local Rule 11-3.


Initials of Preparer:  wm